IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL F. WEAVER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for time to file pretrial motions, filing no. 123, is granted **in part** and the pretrial motion deadline for defendant Weaver is extended to May 8, 2009.

DATED this 29th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge