AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
Michael F. Weaver )    Case No: 4:08CR3129
)    USM No: 22774-047
Date of Original Judgment: 09/04/2009 )
Date of Previous Amended Judgment: )    Michael J. Tasset
*(Use Date of Last Amended Judgment if Any)*           *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    151    months **is reduced to**    120 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

**Filing 280 is granted. This ruling is without prejudice to the pending Rule 35(b) motion.**

Except as otherwise provided, all provisions of the judgment dated    09/04/2009    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    06/28/2012                                    s/ Richard G. Kopf
                                                      *Judge's signature*

Effective Date:    06/28/2012                       Richard G. Kopf, Senior U.S. District Judge
       *(if different from order date)*                    *Printed name and title*