IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICHAEL F. WEAVER,<br><br>                Defendants. | 4:08CR3129<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion for temporary release from custody to obtain drug screening, (filing no. 339), is granted.

2) The Marshal shall temporarily release the defendant from the Lincoln Federal Building holding area to the Federal Public Defender's Office on September 3, 2014 at 9:45 a.m. for the purpose of obtaining a drug treatment evaluation at Williams Prepared Place.

3) A Federal Public Defender staff member will accompany the defendant at all times during the temporary release.

4) Upon conclusion of the evaluation, the Federal Public Defender's Office shall promptly return the defendant to the custody of the United States Marshal at the Lincoln Federal Building holding area.

5) The clerk shall email a copy of this order to the Marshal.

August 28, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge