IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL F. WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the unopposed oral motion of the defendant,

IT IS ORDERED:

1. The Violation of Supervised Release Hearing currently scheduled for Tuesday, October 28, 2014, at 1:00 p.m. is continued;

2. Counsel shall contact my judicial assistant, Kris Leininger, by telephone on Monday, October 27, 2014, to reschedule the hearing.

DATED this 22nd day of October, 2014.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge